The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 2:19-cv-00052-RAJ |
| Plaintiff, | ) |
| | ) **ORDER RE: UNITED STATES'** |
| v. | ) **MOTION TO COMPEL DISCOVERY** |
| | ) **RESPONSES AND FOR SANCTIONS** |
| ELMER J. BUCKARDT a.k.a. E.J. Buckardt; | ) |
| KAREN A. BUCKARDT a.k.a. | ) |
| K.A. Buckardt; | ) |
| D'SKELL AGAPE SOCIETY; and | ) |
| SNOHOMISH COUNTY, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Before the Court is the United States of America's Motion to Compel Discovery Responses and for Sanctions ("Motion"), referred to the undersigned for consideration. For the reasons set forth in the Motion, and having considered the record contained herein and the arguments made at hearing, and good cause being shown, the United States Motion is GRANTED in part and DEFERRED in part. It is hereby ordered that:

A. Elmer J. Buckardt shall provide complete, accurate, and meaningful discovery responses to the United States' First Interrogatories directed to him, to the United States, within

Order Re: U.S.' Mot. to Compel Discovery Responses and for Sanctions
(Case No. 2:19-cv-00052-RAJ)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

7 days of this order. If defendant has objections to an interrogatory, they must be stated clearly and concisely in response to the interrogatory. Any other objections will not be considered;

B. Elmer J. Buckardt shall provide complete, accurate, and meaningful discovery responses to the United States' First Requests for Production directed to him, to the United States, within 7 days of this order. If defendant has objections to a request, they must be stated clearly and concisely in response to the request. Any other objections will not be considered;

C. Karen A. Buckardt shall provide complete, accurate, and meaningful discovery responses to the United States' First Interrogatories directed to her, to the United States, within 7 days of this order. If defendant has objections to an interrogatory, they must be stated clearly and concisely in response to the interrogatory. Any other objections will not be considered;

D. Karen A. Buckardt shall provide complete, accurate, and meaningful discovery responses to the United States' First Requests for Production directed to her, to the United States, within 7 days of this order. If defendant has objections to a request, they must be stated clearly and concisely in response to the request. Any other objections will not be considered;

E. The D'Skell Agape Society shall provide complete, accurate, and meaningful discovery responses to the United States' First Interrogatories directed to it, to the United States, within 7 days of this order. If defendant has objections to an interrogatory, they must be stated clearly and concisely in response to the interrogatory. Any other objections will not be considered;

F. The D'Skell Agape Society shall provide complete, accurate, and meaningful discovery responses to the United States' First Requests for Production directed to it, to the United States, within 7 days of this order. If defendant has objections to a request, they must be stated clearly and concisely in response to the request. Any other objections will not be considered;

Order Re: U.S.' Mot. to Compel Discovery Responses and for Sanctions
(Case No. 2:19-cv-00052-RAJ)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

G. The request for reasonable expenses and attorney's fees the United States incurred in bringing the Motion is DEFERRED;

H. If Elmer J. Buckardt fails to comply with this order within 7 days, he will be prohibited from supporting or opposing designated claims or defenses, or from introducing designated matters in evidence;

I. If Karen A. Buckardt fails to comply with this order within 7 days, she will be prohibited from supporting or opposing designated claims or defenses, or from introducing designated matters in evidence;

J. If the D'Skell Agape Society fails to comply with this order within 7 days, it will be prohibited from supporting or opposing designated claims or defenses, or from introducing designated matters in evidence;

K. If Elmer J. Buckardt fails to comply with this order within 21 days, the plaintiff may move for entry of default judgment against him in this proceeding;

L. If Karen A. Buckardt fails to comply with this order within 21 days, the plaintiff may move for entry of default judgment against her in this proceeding;

M. If the D'Skell Agape Society fails to comply with this order within 21 days, the plaintiff may move for entry of default judgment against it in this proceeding;

IT IS SO ORDERED.

Dated this 14th day of November, 2019.

Mary Alice Theiler
United States Magistrate Judge

Order Re: U.S.' Mot. to Compel Discovery Responses and for Sanctions
(Case No. 2:19-cv-00052-RAJ)

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

///

///

///

///

///

*Presented By:*
RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Yen Jeannette Tran*
YEN JEANNETTE TRAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-3366 (v)
202-307-0054 (f)
Y.Jeannette.Tran@usdoj.gov

Of Counsel:
BRIAN T. MORAN
U.S. Attorney, Western District of Washington

*Attorneys for the United States of America*

Order Re: U.S.' Mot. to Compel Discovery Responses and for Sanctions
(Case No. 2:19-cv-00052-RAJ)

4

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366