HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>ELMER J. BUCKARDT, et. al.,<br><br>Defendants. | CASE NO. C19-00052 RAJ<br><br>**ORDER GRANTING STAY OF PRE-TRIAL DEADLINES** |

This matter comes before the Court on the United States' motion for a stay of pre-trial deadlines. Dkt. # 43. Having reviewed the briefing of the parties and the remainder of the record, the Court finds that good cause justifies a stay of pre-trial deadlines pending a determination on the United States' pending motion for summary judgment. Accordingly, Plaintiff's motion is **GRANTED**.

Dated this 27th day of March, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1